UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Conservation Law Foundation, Inc.</u>,
    Plaintiff

    v.                                    Case No. 11-cv-353-SM

<u>Public Service Company of New Hampshire</u>,
    Defendant

### ORDER OF RECUSAL

Defendant's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

August 10, 2011

cc:  Christophe G. Courchesne, Esq.
     Melissa A. Hoffer, Esq.
     N. Jonathan Peress, Esq.
     Barry Needleman, Esq.
     Jarrett B. Duncan, Esq.
     Wilbur A. Glahn, III, Esq.