UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Conservation Law Foundation, Inc.

    v.                                Civil No. 11-cv-353-JL

Public Service Company of
New Hampshire

**O R D E R**

The **December 2, 2011** deadline for replies on the motions to dismiss remains in effect; yesterday's orders entered to the contrary are vacated. The court apologizes for any confusion. The court was confused by Public Service Company of New Hampshire's notices of intent to reply because it had already granted leave for replies in its September 30, 2011 order. Leave for surreplies is also granted (though not necessarily encouraged), to be filed no later than **December 8, 2011**.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: November 16, 2011

cc: Christophe G. Courchesne, Esq.
    Melissa A. Hoffer, Esq.
    N. Jonathan Peress, Esq.
    Michael D. Freeman, Esq.
    Spencer M. Taylor, Esq.
    Barry Needleman, Esq.

```
Jarrett B. Duncan, Esq.
Linda T. Landis, Esq.
Wilbur A. Glahn, III, Esq.
Elias L. Quinn, Esq.
```