```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Conservation Law Foundation, Inc.

       v.                       Civil No. 11-cv-353-JL

Public Service Company of
New Hampshire


**O R D E R**

The motion for leave to file amicus curiae brief regarding proper interpretation of the 2002 New Source Review Rules (document no. 30) is GRANTED. Within 48 hours, counsel shall electronically refile the pleading attached to the Motion for Leave to File Brief as Amicus Curiae using the appropriate event in CMCEF. The court will accept a reply, limited to ten pages in length and addressing only issues raised, or arguments advanced, in the Brief as Amicus Curiae, no later than **January 25, 2012**, and grants leave to file (but does not require) a surreply, limited to issues raised in the reply, to be filed no later than **January 31, 2012**. The United States shall file its assented to Second Amicus Brief, limited to ten pages in length, if necessary, no later than **January 25, 2012**.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: January 18, 2012

cc: Christophe G. Courchesne, Esq.
    Melissa A. Hoffer, Esq.
    N. Jonathan Peress, Esq.
    Michael D. Freeman, Esq.
    Spencer M. Taylor, Esq.
    Barry Needleman, Esq.
    Jarrett B. Duncan, Esq.
    Linda T. Landis, Esq.
    Wilbur A. Glahn, III, Esq.
    Thomas A. Benson, Esq.
    Elias L. Quinn, Esq.
    Stephen H. Roberts, Esq.