UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Conservation Law Foundation,
Inc.</u>

    v.                               Civil No. 11-cv-353-JL

<u>Public Service Company of New
Hampshire</u>

**O R D E R**

The parties and amici are hereby notified that the motion hearing currently scheduled for September 21, 2012, will address only defendant's motion to dismiss for lack of standing (document no. 14).  Defendant's motion to dismiss counts 1-4 pursuant to Rule 12(b)(6) (document no. 15) is denied without prejudice, for purely administrative reasons related to docketing.  The court will reinstate the motion, and address the arguments advanced on all sides, in a comprehensive order after the Court of Appeals for the Sixth Circuit has issued an opinion in <u>United States v. DTE Energy et al.</u>, No. 11-2328.

    **SO ORDERED.**

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Dated:  September 4, 2012

```
cc:   Christophe G. Courchesne, Esq.
      Melissa A. Hoffer, Esq.
      N. Jonathan Peress, Esq.
      Michael D. Freeman, Esq.
      Spencer M. Taylor Esq.
      Barry Needleman, Esq.
      Jarrett B. Duncan, Esq.
      Linda T. Landis, Esq.
      Wilbur A. Glahn, Esq.
      Thomas A. Benson, Esq.
      Elias L. Quinn, Esq.
      George P. Sibley, Esq.
      Makram B. Jaber, Esq.
      Stephen H. Roberts, Esq.
```