IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 11-cv-353-JL |
| PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The Parties, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice, each party to be responsible for its own attorney fees and costs.

Respectfully Submitted,

CONSERVATION LAW FOUNDATION, INC.

By its attorneys,

/s/ Thomas F. Irwin
Thomas F. Irwin, N.H. Bar No. 11302
27 North Main Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

/s/ Caitlin Peale Sloan
Caitlin Peale Sloan (admitted *pro hac vice*)
BBO No. 681484
62 Summer Street
Boston, MA 02110
(617) 850-1770
cpeale@clf.org

AND

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE

By its attorneys,

/s/ Thomas Irwin for Linda T. Landis
Linda T. Landis
P.O. Box 330
Manchester, NH 03105
(603) 634-2700
landilt@nu.com

BALCH & BINGHAM

/s/ Thomas Irwin for R. Bruce Barze
R. Bruce Barze, Jr. (admitted *pro hac vice*)
1901 Sixth Avenue North, Ste 1500
Birmingham, AL 35203-4642
(205) 226-8755
bbarze@balch.com

/s/ Thomas Irwin for Spencer M. Taylor
Spencer M. Taylor (admitted *pro hac vice*)
1901 Sixth Avenue North, Ste 1500
Birmingham, AL 35203-4642
(205) 226-8755
staylor@balch.com

MCLANE GRAF RAULERSON & MIDDLETON

/s/ Thomas Irwin for Wilbur A. Glahn, III
Wilbur A. Glahn, III
900 Elm Street
P.O. Box 326
Manchester, NH 03105
(603) 625-6464
wilbur.glahn@mclane.com

Dated: August 3, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing motion was served electronically via ECF on the following counsel of record: R. Bruce Barze, Jr., Esq. (bbarze@balch.com), Spencer M. Taylor, Esq. (staylor@balch.com), Linda T. Landis, Esq. (landilt@nu.com), Wilbur A. Glahn, III, Esq. (wilbur.glahn@mclane.com), Thomas A. Benson, Esq. (Thomas.Benson@usdoj.gov), Elias L. Quinn, Esq. (elias.quinn@usdoj.gov), George P. Sibley, Esq. (gsibley@hunton.com), Makram B. Jaber, Esq. (mjaber@hunton.com) and Stephen H. Roberts, Esq. (srobers@hpgrlaw.com).

/s/ Thomas F. Irwin
Thomas F. Irwin

Dated: August 3, 2016

11041939